# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | | |
|---|---|---|
| In re: Rosenthal, Fredric R | § | Case No.  09 B 28711 |
| | § | |
| Debtor | § | |
| | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)   The case was filed on 08/05/2009.

    2)   The plan was confirmed on 09/22/2009.

    3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

    4)   The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

    5)   The case was converted on 11/13/2009.

    6)   Number of months from filing or conversion to last payment: 1.

    7)   Number of months case was pending: 3.

    8)   Total value of assets abandoned by court order: (NA).

    9)   Total value of assets exempted: $3,914.00.

    10)   Amount of unsecured claims discharged without full payment: $0.

    11)   All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $400.00 |
| Less amount refunded to debtor | $0 |

**NET RECEIPTS:** $400.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $101.20 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $25.92 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $127.12

Attorney fees paid and disclosed by debtor    $994.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | $7,293.02 | $7,293.02 | $7,293.02 | $0 | $0 |
| Thomas R Hitchcock | Priority | $2,506.00 | NA | NA | $0 | $0 |
| Americredit Financial Ser Inc | Secured | $1,951.50 | $1,951.50 | $1,951.50 | $272.88 | $0 |
| Acute Care Specialists | Unsecured | $45.80 | NA | NA | $0 | $0 |
| Advocate Lutheran General Health P: | Unsecured | $240.90 | NA | NA | $0 | $0 |
| Advocate Medical Group | Unsecured | $80.00 | NA | NA | $0 | $0 |
| AMB Anesthesiologist Of Chicago | Unsecured | $68.08 | NA | NA | $0 | $0 |
| American Collections & Credit | Unsecured | $50.00 | NA | NA | $0 | $0 |
| American Express | Unsecured | $36,772.00 | NA | NA | $0 | $0 |
| American Express Travel Relate | Unsecured | $41,404.00 | $41,404.23 | $41,404.23 | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | $1,500.00 | $1,508.94 | $1,508.94 | $0 | $0 |
| Americredit Financial Ser Inc | Unsecured | NA | $0 | $0 | $0 | $0 |
| Anesthesia Consultants | Unsecured | $86.40 | NA | NA | $0 | $0 |
| Applied Bank | Unsecured | $1,043.00 | $1,150.06 | $1,150.06 | $0 | $0 |
| Capital One | Unsecured | $154.00 | $186.40 | $186.40 | $0 | $0 |
| Capital One | Unsecured | $949.00 | $988.61 | $988.61 | $0 | $0 |
| Card Levy | Unsecured | $512.20 | NA | NA | $0 | $0 |

*(Continued)*

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Cda/Pontiac | Unsecured | $710.00 | $710.00 | $710.00 | $0 | $0 |
| Chase | Unsecured | $3,582.00 | NA | NA | $0 | $0 |
| Collection Company Of America | Unsecured | $38.56 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $54.00 | NA | NA | $0 | $0 |
| Data Search | Unsecured | $997.53 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $52.00 | NA | NA | $0 | $0 |
| DJ Orthopedics | Unsecured | $8.00 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $959.00 | $821.38 | $821.38 | $0 | $0 |
| Ffcc Columbus Inc | Unsecured | $43.00 | NA | NA | $0 | $0 |
| Ffcc Columbus Inc | Unsecured | $13.00 | NA | NA | $0 | $0 |
| Harvard Collection Services In | Unsecured | $87.00 | NA | NA | $0 | $0 |
| HRRG | Unsecured | $45.80 | NA | NA | $0 | $0 |
| HSBC Bank Nevada NA | Unsecured | $287.00 | $332.67 | $332.67 | $0 | $0 |
| Illinois Collection Service | Unsecured | $27.80 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $92.93 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $133.36 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $80.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | $5,092.02 | $5,092.02 | $5,092.02 | $0 | $0 |
| M3 Financial Services | Unsecured | $192.80 | NA | NA | $0 | $0 |
| Mid North Gastroenterologist | Unsecured | $47.20 | NA | NA | $0 | $0 |
| Neurometriks LTD | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Northshore University HealthSystem | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Northshore University HealthSystem | Unsecured | $810.00 | NA | NA | $0 | $0 |
| Northwestern Medical Faculty | Unsecured | $24.50 | NA | NA | $0 | $0 |
| Northwestern Medical Faculty | Unsecured | $363.70 | NA | NA | $0 | $0 |
| Northwestern Medical Faculty | Unsecured | $43.60 | NA | NA | $0 | $0 |
| Northwestern Medical Faculty | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Northwestern Medical Faculty | Unsecured | $13.40 | NA | NA | $0 | $0 |
| Northwestern Memorial Hospital | Unsecured | $81.16 | NA | NA | $0 | $0 |
| Northwestern Memorial Hospital | Unsecured | $249.66 | NA | NA | $0 | $0 |
| Northwestern Memorial Hospital | Unsecured | $125.86 | NA | NA | $0 | $0 |
| Northwestern Memorial Hospital | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Northwestern Memorial Hospital | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Northwestern Memorial Hospital | Unsecured | $416.99 | NA | NA | $0 | $0 |
| Northwestern Orthopaedic Institute | Unsecured | $419.80 | $439.80 | $439.80 | $0 | $0 |
| Premier Bankcard | Unsecured | $318.00 | $318.40 | $318.40 | $0 | $0 |
| Premier Bankcard | Unsecured | $338.00 | $344.45 | $344.45 | $0 | $0 |

*(Continued)*

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Premium Asset Recovery Corp | Unsecured | $50.00 | NA | NA | $0 | $0 |
| River North Anesthesia Consultants S | Unsecured | $87.40 | $86.40 | $86.40 | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | NA | $69.27 | $69.27 | $0 | $0 |
| Same Day Surgery | Unsecured | $186.66 | NA | NA | $0 | $0 |
| University Of Chicago Physicians | Unsecured | $1,316.50 | NA | NA | $0 | $0 |
| Weiss Memorial Hospital | Unsecured | $997.53 | NA | NA | $0 | $0 |
| West Loop U Medical | Unsecured | $8.40 | NA | NA | $0 | $0 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $1,951.50 | $272.88 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $1,951.50 | $272.88 | $0 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $7,293.02 | $0 | $0 |
| **TOTAL PRIORITY:** | $7,293.02 | $0 | $0 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $53,452.63 | $0 | $0 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $127.12 |
| Disbursements to Creditors | $272.88 |
| **TOTAL DISBURSEMENTS:** | $400.00 |

UST Form 101-13-FR-S (09/01/2009)

12)   The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree entered that discharges the trustee and grants such other relief as may be just and proper.

Date: November 17, 2009         By:  /s/ MARILYN O. MARSHALL
                                          Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)